# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| YOLANDA M. CAMARA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-00009-ACA-HNJ |
| WARDEN NEELY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On June 8, 2023, the magistrate judge entered a report recommending that the court grant Respondent's motion to dismiss and dismiss without prejudice as moot Petitioner Yolanda M. Camara's 28 U.S.C. § 2241 petition for a writ of habeas corpus. (Doc. 16). Alternatively, the report recommended that the court dismiss without prejudice Ms. Camara's petition pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Ms. Camara's failure to prosecute her claims. (*Id.*).

The magistrate judge notified Ms. Camara of her right to file objections to the report and recommendation within fourteen days. (*Id.* at 14–15). Ms. Camara did not file objections by the deadline.[1]

---

[1] The Clerk of Court mailed Ms. Camara a copy of the June 8, 2023 report and recommendation at both her address on file and at the address for the South Louisiana ICE Processing Center. (*See* Doc. 16 at 14; June 8, 2023 docket entry). On June 26, 2023, the United States Postal Service returned the copy of the report mailed to the South Louisiana ICE Processing Center as undeliverable with the notation "Detainee Not Found." (Doc. 17). The court does not have and could not locate an alternative address for Ms. Camara. (*See* Doc. 16 at 3-4, 13).

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.

Consistent with that recommendation, the court **WILL GRANT** Respondent's motion to dismiss and **WILL DENY** as **MOOT** Ms. Camara's petition for a writ of habeas corpus. Alternatively, the court **WILL DISMISS WITHOUT PREJUDICE** Ms. Camara's petition for a writ of habeas corpus pursuant to Rule 41(b) for failure to prosecute.

The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this July 10, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE