# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| YOLANDA M. CAMARA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-00009-ACA-HNJ |
| WARDEN NEELY, | ) |
| Respondent. | ) |

## FINAL ORDER

Consistent with the accompanying memorandum opinion, the court **GRANTS** Respondent's motion to dismiss and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**. Alternatively, the court **DISMISSES** this action **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Costs are taxed as paid.

**DONE** and **ORDERED** this July 10, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE